**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 06-44** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **PAUL M. ADAMS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |


**NOTICE OF APPEARANCE**


The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Michael T. Truscott at telephone number (202) 514-7533 and/or email

address Michael.Truscott2@usdoj.gov.


Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


_____
Michael T. Truscott
New York Bar
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533
Michael.Truscott2@usdoj.gov