## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-044 (RMC) |
| ) | |
| **PAUL M. ADAMS**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of defendant's Motion to Suppress, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that all physical evidence and statements seized in connection with this case shall be suppressed.

**SO ORDERED**.

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony W. Miles
AUSA Michael T. Truscott