**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

PD 47 Rev. 8/73

## WARNING AS TO YOUR RIGHTS

You are under arrest. Before we ask you any questions, you must understand what your rights are.

You have the right to remain silent. You are not required to say anything to us at any time or to answer any questions. Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we question you and to have him with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be provided for you.

If you want to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER

1. Have you read or had read to you the warning as to your rights?  ☑ yes P.A.
2. Do you understand these rights?  ☑ yes P.A.
3. Do you wish to answer any questions?  ☑ yes P.A.
4. Are you willing to answer questions without having an attorney present?  ☑ yes P.A.
5. Signature of defendant  _Paul Adams_
6. Time _2359_  Date _1/10/06_
7. Signature of Officer  _Kevin Taylor_
8. Signature of Witness

This report is the property of the Metropolitan Police Department
Washington, D.C.

2352                                                              0006

EXHIBIT 1