## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 06-044 (RMC)** |
| | : | |
| | : | |
| **PAUL M. ADAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**FILED**

AUG **1 0** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S SUBMISSION TO THE COURT
### IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Paul M. Adams, hereby submit the following in preparation for a plea hearing in the instant case.

I.    ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g), are:

1. The defendant knowingly possessed the firearm, as charged;

2. Before he possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

3. The possession of the firearm was in or affecting interstate commerce.

-1-

The essential elements of the offense of Simple Possession of Phencyclidine, in violation of 21 U.S.C. § 844, are:

1. That the defendant possessed a controlled substance; and

2. That the defendant did so knowingly and intentionally. This means consciously, voluntarily, and on purpose, not mistakenly, accidentally or inadvertently.

The law makes phencyclidine a controlled substance. The trier of fact must decide if the substance was in fact phencyclidine. To establish the first element of this offense, the government must prove beyond a reasonable doubt that the defendant possessed a measurable amount of a controlled substance. A measurable amount is an amount that can be assigned a numerical value, although no particular value must be proven.

II.    COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.   PENALTIES

For Unlawful Possession of a Firearm, pursuant to 18 U.S.C. §§ 922g and 924:

1.     a term in prison of not more than 10 years;
2.     a fine of not more than $250,000; and
3.     a term of supervised release of not less than two years and not more than three years.

For Simple Possession of Phencyclidine, pursuant to 21 U.S.C. § 844:

1. not less than 90 days and not more than 5 years (defendant has two prior drug convictions);
2. a fine of $5000
3. a term of supervised release of not less than two years and not more than three years.

IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on January 10, 2006, at approximately 4:00 p.m., Officers Robert Underwood and Toby Sealey of the Metropolitan Police Department were in the 1900 block of R Street, S.E., Washington, D.C. The officers observed the defendant, who was later identified as Paul M. Adams, in the area of R Street and head towards 19th Street. The officers ultimately recovered a 9mm Smith and Wesson semi-automatic handgun from the defendant's right jacket pocket, and a vial containing a liquid with the smell and color of phencyclidine was recovered from the defendant's left front pants pocket.[1] A subsequent DEA analysis determined that the liquid was phencyclidine in the amount of 21 milliliters.

---

[1] The facts and circumstances of the stop of the defendant are the subject of the motion to suppress that was ruled on by the Court on July 7, 2006. Those facts and circumstances are not essential to a basis for a factual finding in this case.

There also would have been testimony that there are no gun manufacturers in the District of Columbia, and that the 9mm Smith & Wesson semi-automatic hand gun had, therefore, traveled in interstate commerce.  Lastly, there would have been testimony that the defendant was convicted of possession with the intent to distribute cocaine in F-4560-93 in the Superior Court of the District of Columbia.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


MICHAEL T. TRUSCOTT
Assistant United States Attorney
Member of the New York Bar
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
202-514-7533

-4-

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Anthony Miles, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: _8/10/06_          _Paul Adams_

PAUL M. ADAMS
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: _8/10/06_          _Tony W McB_

ANTHONY MILES
Attorney for Defendant