HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

MAR 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Paul M. Adams

Docket No.: CR 06-44-01 (06-040-01 struck through)

TO: DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Paul Adams__ having been sentenced, on November 21, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Fort Dix__, in __Fort Dix, NJ__ by 2 p.m., on __April 10, 2007__.

26 March 2007
Date

Rosemary M. Collyer
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER

DEFENDANT

Revised 6-2004

(N)